966 So.2d 575 (2007)
BROOKEWOOD INVESTMENTS CO., L.L.C.
v.
SIXTY-THREE TWENTY-FOUR CHEF MENTEUR HIGHWAY, L.L.C. and Jacob V. Morreale.
No. 2007-C-1258.
Supreme Court of Louisiana.
October 26, 2007.
In re Sixty-Three Twenty-Four Chef Menteur Highway, L.L.C.; Morreale, Jacob V.;Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. N, No. 2006-1669; to the Court of Appeal, Fourth Circuit, No. 2007-CA-0050.
Denied.